UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

TYRONE MOORE,

          Defendant.

19 Civ. 4112 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Mr. Moore's time to file a supplement to his petition under 28 U.S.C. Section 2255 is extended to August 4.  The institution in which he is housed shall provide him with a pencil and a typewriter and access to the law library, consistent with institution rules.  Chambers will mail a copy of this order to Mr. Moore.

**SO ORDERED.**

Dated:  July 2, 2020
       New York, New York

*[signature: Loretta A. Preska]*

_____
LORETTA A. PRESKA, U.S.D.J.